FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0605

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0605

SHANNON FALKENHAGEN,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 28, 2023, within which to prepare, serve, and file the State's response brief.

CL

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 27 2023